**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**Northern Division**

| | | |
|---|---|---|
| **YOLANDA RENE TRAVIS, et al.** | * | |
| **Plaintiffs** | * | CIVIL NO. 15-235 |
| v. | * | |
| **WALDEN UNIVERSITY, LLC** | * | |
| | * | |
| **Defendants** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs, Yolanda Rene Travis, Leah Zitter and Abbie Goldbas (collectively, "Plaintiffs"), and Defendant, Walden University, LLC ("Walden"), by their respective undersigned counsel, hereby stipulate to the dismissal of all claims in the above captioned case, with prejudice. The parties further agree that the parties shall bear their own costs, expenses, and legal fees.

Respectfully Submitted,

| **JOSEPH, GREENWALD & LAAKE, P.A.** | **MILES & STOCKBRIDGE P.C.** |
|---|---|

/s/                                             /s/

Timothy F. Maloney (Fed. Bar No. 03381)      Kathleen Pontone (Fed. Bar No. 01225)
Matthew M. Bryant (Fed. Bar No. 18014)      Anthony Kraus (Fed. Bar No. 02351)
6404 Ivy Lane, Ste. 400      Robert S. Brennen (Fed. Bar No. 04499)
Greenbelt, MD 20770      Stephanie K. Baron (Fed. Bar No. 27417)
Tel: (301) 220-2200      Yodeski Y. Acquie (Fed. Bar No. 19297)
Fax: (301) 220-1214      100 Light Street
tmaloney@jgllaw.com      Baltimore, MD 21202
mbryant@jgllaw.com      Tel: (410) 727-6464
     Fax: (410) 385-3700

**EDGAR LAW FIRM LLC**      akraus@milesstockbridge.com
John F. Edgar (MO 47128)      kpontone@milesstockbridge.com
Alexander T. Ricke (MO 65132)      rbrennan@milesstockbridge.com
1032 Pennsylvania Ave.      sbaron@milesstockbridge.com
Kansas City, MO 64105      yacquie@milesstockbridge.com
Tel: (816) 531-0033
Fax: (816) 531-3322      **Counsel for Defendant Walden**
jfe@edgarlawfirm.com      **University, LLC**
atr@edgarlawfirm.com

**SHEPHERD, FINKELMAN, MILLER**
**& SHAH, LLP**
James C. Shah (CA SBN 260435)
35 East State Street
Media, PA 19063
Tel: (610) 891-9880
Fax: (866) 300-7367
jshah@sfmslaw.com

**Counsel for Plaintiffs Yolanda R. Travis,**
**Leah Zitter and Abbie Goldbas**
**and the Proposed Class**

                                            **SO ORDERED:**

_____      _____
Date      Honorable Marvin J. Garbis, Judge
     United States District Court,
     District of Maryland