IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | | |
|---|---|---|
| YOLANDA RENE TRAVIS, et al. | * | |
| Plaintiffs | * | CIVIL NO. 15-235 |
| v. | * | |
| WALDEN UNIVERSITY, LLC | * | |
| | * | |
| Defendants | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs, Yolanda Rene Travis, Leah Zitter and Abbie Goldbas (collectively, "Plaintiffs"), and Defendant, Walden University, LLC ("Walden"), by their respective undersigned counsel, hereby stipulate to the dismissal of all claims in the above captioned case, with prejudice. The parties further agree that the parties shall bear their own costs, expenses, and legal fees.

Respectfully Submitted,

| JOSEPH, GREENWALD & LAAKE, P.A. | MILES & STOCKBRIDGE P.C. |
|---|---|
| /s/ | /s/ |
| Timothy F. Maloney (Fed. Bar No. 03381) | Kathleen Pontone (Fed. Bar No. 01225) |
| Matthew M. Bryant (Fed. Bar No. 18014) | Anthony Kraus (Fed. Bar No. 02351) |
| 6404 Ivy Lane, Ste. 400 | Robert S. Brennen (Fed. Bar No. 04499) |
| Greenbelt, MD 20770 | Stephanie K. Baron (Fed. Bar No. 27417) |
| Tel: (301) 220-2200 | Yodeski Y. Acquie (Fed. Bar No. 19297) |
| Fax: (301) 220-1214 | 100 Light Street |
| tmaloney@jgllaw.com | Baltimore, MD 21202 |
| mbryant@jgllaw.com | Tel: (410) 727-6464 |
|  | Fax: (410) 385-3700 |
|  | akraus@milesstockbridge.com |
|  | kpontone@milesstockbridge.com |
| **EDGAR LAW FIRM LLC** | rbrennan@milesstockbridge.com |
| John F. Edgar (MO 47128) | sbaron@milesstockbridge.com |
| Alexander T. Ricke (MO 65132) | yacquie@milesstockbridge.com |
| 1032 Pennsylvania Ave. |  |
| Kansas City, MO 64105 | **Counsel for Defendant Walden University, LLC** |
| Tel: (816) 531-0033 |  |
| Fax: (816) 531-3322 |  |
| jfe@edgarlawfirm.com |  |
| atr@edgarlawfirm.com |  |

**SHEPHERD, FINKELMAN, MILLER & SHAH, LLP**
James C. Shah (CA SBN 260435)
35 East State Street
Media, PA 19063
Tel: (610) 891-9880
Fax: (866) 300-7367
jshah@sfmslaw.com

**Counsel for Plaintiffs Yolanda R. Travis, Leah Zitter and Abbie Goldbas and the Proposed Class**

January 5, 2016
Date

**SO ORDERED:**

/s/
Honorable Marvin J. Garbis, Judge
United States District Court,
District of Maryland